UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JUICE & JAVA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZINOVY VAYZMAN and JUICE & JAVA BOCA, LLC, <br><br> Defendants. <br> _____/ | CASE NO. 1:14 cv 22078 - JAL |

## **NOTICE OF SETTLEMENT**

Plaintiff, JUICE & JAVA, INC. hereby notifies the Court that all parties to this action have settled all issues which are the subject of this lawsuit, and states as follows:

1. Plaintiff, JUICE & JAVA, INC. and Defendant, JUICE & JAVA BOCA, LLC, have executed a written Memorandum of Agreement ("MOA") which fully settles all issues which are the subject of this lawsuit.

2. The MOA contemplates a more comprehensive settlement agreement to be executed within ten (10) days from the date hereof. However, the MOA is sufficiently detailed to settle all pending issues, and has been confirmed by the parties to be binding.

3. The MOA provides a joint request of the parties for the Court to retain jurisdiction over the parties and over the subject matter solely for the purpose of enforcing a payment obligation, but otherwise provides for binding arbitration to enforce non-monetary obligations.

4. Plaintiff and Defendant request the Court to cancel the settlement conference scheduled on February 6, 2017 at 1:00 P.M., and to remove this case from its trial docket on February 7, 2017.

Respectfully submitted,

SMOLER & ASSOCIATES, P.A.
Attorneys for Plaintiff
2611 Hollywood Boulevard
Hollywood, FL 33020
Telephone: (954) 922-2811

By:_____/S/_____
Patrick Patrissi, Esquire
Florida Bar No. 302996
E-mail: patrick@lwlawfla.com
Bruce J. Smoler, Esq.
Florida Bar No. 821918

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2017, the foregoing was filed with the Court's CM/ECF Service, which will provide electronic notice to the following counsel of record:

Lawrence A. Kellogg, Esq.
Levine Kellogg Lehman Schneider & Grossman, LLP
201 S. Biscayne Boulevard, 22nd Floor
Miami, Florida 33133
E-mail: lak@lklsg.com

By:_____/S/_____
Patrick Patrissi, Esquire
Florida Bar No. 302996
E-mail: patrick@lwlawfla.com
Bruce J. Smoler, Esq.
Florida Bar No. 821918